IN THE FEDERAL DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF IOWA

IN RE THE PETITION OF

| | | |
|---|---|---|
| FAITH MCELDERRY AND<br>GREGORY MCELDERRY, | )<br>)<br>) | Case No. |
| Petitioners, | )<br>) | |
| vs. | )<br>)<br>) | APPLICATION FOR WRIT OF HABEAS CORPUS |
| JACKIE L. KORMANN | )<br>) | |
| Respondent | ) | |

NOW COME Faith McElderry and Gregory McElderry, the duly appointed Temporary Guardians and Conservators of K.S., a minor child, date of birth August 6, 2003, by and through their attorneys, Gallagher, Millage & Gallagher, PLC by Robert S. Gallagher, and as in for this Application for Writ of Habeas Corpus allege and state to the Court as follows:

1. Amy Sims, the proposed ward's biological mother, died on July 3, 2005.

2. Kye Kormann, the proposed ward's biological father, died on December 24, 2017.

3. On January 5 2018, Faith McElderry and Gregory McElderry, the maternal grandparents of K.S., filed a Petition for Guardianship and Conservatorship of K.S., the proposed ward, with the Court in Scott County, Iowa, Probate Case No. GCPR077871. Said Petition is attached hereto made a part hereof and marked as Exhibit "A."

4. On the January 8 2018, Faith McElderry and Gregory McElderry were granted Temporary Guardianship and Conservatorship of K.S., by the Court. Letters of Appointment were issued by the Scott County Clerk of Court. Said Letters of Appointment is attached hereto made a part hereof and marked as Exhibit "B."

5. On the January 10, 2018, Misty Kormann, the paternal grandmother of K.S., was served with the Petition for Guardian and Conservator and Order Setting Hearing, Appointing GAL, and Providing Notice. The Return of Service is attached hereto made a part hereof and marked as Exhibit "C."

6. Jackie L. Kormann, born November 2, 1983, is the step-mother of K.S., the proposed ward of the Temporary Guardianship and Conservatorship in the above mentioned matter.

7. On January 18, 2018, Jackie L. Kormann was served with the Petition for Guardian and Conservator and Order Setting Hearing, Appointing GAL, and Providing Notice. The Return of Service is attached hereto made a part hereof and marked as Exhibit "D".

8. Jackie L. Kormann had knowledge of the Order granting Temporary Guardianship and Conservatorship. Faith McElderry sent message through Facebook of picture to Jackie L. Kormann of the Letters of Appointment. Attached hereto made part hereof and marked as Exhibit "E" is a copy of Affidavit of Faith McElderry.

9. Attorney for the Guardians and Conservators, Robert S. Gallagher, contacted Jackie L. Kormann by phone on January 10, 2018 to explain that she had to return the child. Attached hereto made apart hereof and marked as Exhibit "F" is a copy of Affidavit of Robert S. Gallagher.

10. On the night of January 10, 2018, Randy Ferkel of R & L Legal Professional Services went to the residence where Jackie L. Kormann has been residing in order to attempt to serve her with the papers. This was his second attempt to serve Jackie L. Kormann. That night, Michael Wellmeier, the father of Jackie L.Kormann, informed the process server Jackie L. Kormann absconded with the child to Florida. Attached hereto made part hereof and marked as Exhibit "G" is a copy of Affidavit of Randy Ferkel.

11. As a step-mom, Jackie L. Kormann has no legal right to the minor child.

12. The Court has entered a Temporary Guardianship and Conservatorship in Scott County Case No. GCPR077871 naming Faith McElderry and Gregory McElderry as Temporary Guardians and Conservators.

13. Since the entry of the Order, the McElderry's have attempted to discharge duties as the Guardians and Conservators by finding and securing the minor child.

14. Since that time, K.S. been with Jackie L. Kormann at 5900 Chapel Hill Road, Davenport IA and/or Misty Kormann at 3702 165th Street, Blue Grass IA 52726.

15. Jackie L. Kormann was aware of the Temporary Guardianship and Conservatorship.

16. Jackie L. Kormann is aware she has no legal right to the minor child, K.S.

17. Jackie L. Kormann has illegally absconded with K.S. in an attempt to kidnap the child.

18. The Davenport Police Department has refused to file kidnapping charges or investigate the kidnapping despite requests from the Temporary Guardians, Faith McElderry and Gregory McElderry.

19. No prior Application for Writ of Habeas Corpus has been made to any Court or any Judge in this matter.

20. A Writ of Habeas Corpus should be granted as there is no other legal remedy available to the Guardians and Conservators, Faith McElderry and Gregory McElderry.

21. The Writ of Habeas Corpus should demand that Jackie L. Kormann immediately return the minor child, K.S., to Faith McElderry and Gregory McElderry and end her illegal restraint of the minor child, K.S., in favor of the Court Order already granting Guardianship and Conservatorship to Faith McElderry and Gregory McElderry.

WHEREFORE, we request the Writ of Habeas Corpus be issued ordering that the minor child, K.S., be returned to the Temporary Guardians Faith McElderry and Gregory McElderry, and for any other and further relief this Court may deem just, fair, and equitable.

_____   _____
Faith McElderry                    Gregory McElderry

STATE OF IOWA      )
                   ) ss.
COUNTY OF SCOTT    )

I, Faith McElderry, being first duly sworn on oath, depose and state that I am the Petitioner in the foregoing Application, that I have read the same, know the contents thereof and that the statements therein contained are true and correct as I verily believe.

_____
Faith McElderry

Subscribed and sworn to before me by Faith McElderry this 24th day of January, 2018.

AMANDA R. KETTERING
Commission Number 805320
My Commission Expires
July 13, 2018

_____
Notary Public in and for the State of Iowa

STATE OF IOWA      )
                   ) ss.
COUNTY OF SCOTT    )

I, Gregory McElderry, being first duly sworn on oath, depose and state that I am the Petition named in the foregoing Application, that I have read the same, know the contents thereof and that the statements therein contained are true and correct as I verily believe.

_____

Gregory McElderry

Subscribed and sworn to before me by Gregory McElderry this $\underline{24th}$ day of $\underline{January}$, 2018.



_Amanda R. Kettering_
Notary Public in and for the State of Iowa

H:\WPDOCS\Q- T\S\Sims, Kathryn Guardianship\McElderry's vs. Jackie Kormann\Application for Writ of Habeas Corpus.docx